DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DORIAN MCBRIDE,**
Appellant,

v.

**ALISHA LINNET BROOKS,** et al.,
Appellees.

No. 4D2026-0311

[August 13, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case No. 062025CA009987AXXXCE.

Dorian McBride, pro se.

Rebecca L. Rhew, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***